

**ORDERED in the Southern District of Florida on February 06, 2009.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**

In re:
**REDOUANE FOUISSI,**
SSN XXX.XX.6354                                    Case Number 08-16209-BKC-LMI
   Debtor.                                         Chapter 13
_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM OF PARKWAY TOWERS CONDOMINIUM ASSOCIATION, INC., CLAIM NO. 10

**THIS CAUSE** came before the court on January 8, 2009 at 1:30 P.M. on Debtor's *Objection to Proof of Claim of Parkway Towers Condominium Inc., Claim No. 10,* and based on the record, it is

**ORDERED AND ADJUDGED** as follows:

1. The Debtor's *Parkway Towers Condominium Inc., Claim No. 10, is* **SUSTAINED**.

2. The Proof of Claim of *Parkway Towers Condominium Inc., Claim No. 10*, shall be stricken and disallowed.

###

Copy to: Sandra Navarro-Garcia, Esq. 6337 SW 40th Street  Miami, FL  33155
Attorney Garcia is directed to serve a copy of this order on all interested parties immediately upon receipt.